# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

EDVIN DURIC,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1123

_____

May 1, 2024

Appeal from the Circuit Court for Pinellas County; Chris Helinger, Judge.

Edvin Duric, pro se.

Ashley Moody, Attorney General, Tallahassee, and Wendy Buffington, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, VILLANTI, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.